**ENTER**/JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LESLIE FRANK PAYNE,           )<br>                               )<br>        Plaintiff,            )<br>                               )<br>        v.                     )<br>                               )<br>LEE BACA, et al.,              )<br>                               )<br>        Defendants.            )<br>_____) | Case No. CV 08-3509-PA (MLG)<br><br>JUDGMENT |

  IT IS ADJUDGED that the action herein is dismissed without prejudice.


Dated: August 18, 2008

                                    _____
                                    Percy Anderson
                                    United States District Judge